Timothy L. Woznick, Wyo. Bar # 6-3949
Kari Hartman, Wyo. Bar # 8-6507
Crowley Fleck PLLP
PO Box 394
Cheyenne, WY 82003
(307) 426-4100
twoznick@crowleyfleck.com
khartman@crowleyfleck.com
*Attorneys for Ignite International, Ltd.*



**FILED**

**3:57 pm, 1/28/22**

**Margaret Botkins**
**Clerk of Court**

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

IGNITE INTERNATIONAL, LTD., a Wyoming
corporation

     Plaintiff,       Civil No: ___22-cv-18-ABJ___

  v.

AL KHALIFA GROUP, LLC, a California
limited liability company

     Defendant.

### COMPLAINT AND JURY DEMAND

Plaintiff, IGNITE INTERNATIONAL, LTD. ("Ignite" or "Plaintiff"), by and through its

attorneys, for its complaint against AL KHALIFA GROUP, LLC. ("Khalifa" or "Defendant"),

alleges as follows:

### PARTIES

1.  Ignite is a corporation organized under the laws of the State of Wyoming, with its

principal place of business in Nevada.

2.  Upon information and belief, Defendant Khalifa is a citizen of California. The sole

member of the LLC is Mohammed Khalifa, who is a resident of California.

### JURISDICTION AND VENUE

3.  This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because this

dispute is between citizens of different states and the amount in controversy, in good faith, exceeds

the sum of $75,000.

4.      Venue is proper in this Court because a substantial part of the events giving rise to the claims herein occurred in the state of Wyoming, pursuant to 28 U.S.C. § 1391.

## FACTUAL BACKGROUND

5.      On or about December 20, 2020, Ignite and Defendant entered into a letter agreement (hereinafter the "Letter Agreement") pursuant to which the parties were to establish a joint venture by forming a new Wyoming corporation.

6.      Pursuant to the Letter Agreement, Ignite Distribution Company, Inc. ("Newco") was formed in the state of Wyoming on or about December 22, 2020.

7.      For several reasons, primarily based on Khalifa's failure to perform under the Letter Agreement, the Directors of Newco, which included two directors representing Ignite and two directors representing Khalifa pursuant to the Letter Agreement, resolved by written resolution to wind up and dissolve Newco.

8.      Thereafter, the parties entered into a Shareholder Dissolution Agreement ("Dissolution Agreement") effective on July 30, 2021.

9.      Pursuant to the Dissolution Agreement, Newco was dissolved as evidenced by the filing of the Articles of Dissolution with the state of Wyoming on August 10, 2021.

10.      Pursuant to the terms of the Dissolution Agreement, among other things, Khalifa was required to make a true-up payment in the amount of $86,175 to Ignite.

11.      Khalifa breached the terms of the Dissolution Agreement by, among other things, never making the true-up payment, despite Ignite fulfilling all of its obligations under the Dissolution Agreement.

## CLAIM FOR RELIEF

### (Breach of Contract)

12.      Ignite incorporates by reference paragraphs 1 to 11 as if fully set forth herein.

13.      Ignite and Defendant entered into the Dissolution Agreement, a binding and enforceable contract.

14.     Ignite has fully complied with the Dissolution Agreement.

15.     Defendant has breached and continues to breach the provisions of the Dissolution Agreement by, among other things, failing to make the true-up payment of $86,175, despite several demands.

16.     As a direct and proximate result of Defendant's breach of the Dissolution Agreement, Ignite has been and can be further damaged in an amount to be proven at trial, in excess of $75,000, exclusive of interest and costs.

17.     Ignite is also entitled to recover its attorneys' fees and costs of suit pursuant to the Dissolution Agreement.

## PRAYER FOR RELIEF

WHEREFORE, Ignite prays that the Court enter judgment in its favor as follows:

A.     Enter judgment in its favor and against Defendant;

B.     Award Ignite monetary damages in excess of $75,000, to be determined at trial;

C.     Award Ignite its costs, disbursements, and attorneys' fees incurred by in bringing this action;

D.     Award Ignite pre- and post-judgment interest in accordance with applicable law; and

E.     Grant Ignite such other relief as this Court deems appropriate.

## DEMAND FOR JURY TRIAL

Ignite requests a trial by jury pursuant to Fed. R. Civ. P. 38.

//

//

//

Dated this 28th day of January, 2022.

By: _____

Timothy L. Wozniek, Wyo. Bar No. # 6-3949
Kari Hartman, Wyo. Bar No. # 8-6507
CROWLEY FLECK PLLP
PO Box 394
Cheyenne, WY 82003
(307) 426-4100
Twoznick@crowleyfleck.com
Khartman@crowleyfleck.com
*Attorneys for Ignite International, Ltd.*